UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CANDACE D. ARLEDGE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. 1:21-cv-00974-LY<br><br><br>Honorable Judge Lee Yeakel |

**PROPOSED ORDER**

This cause coming before the Court on Plaintiff's Motion to Extend Time to File Response to Defendant's Partial Motion to Dismiss; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. Plaintiff's deadline to file her response to Defendant's Motion is extended up to and including February 28, 2022.

Dated: _February 15, 2022_

_____
UNITED STATES DISTRICT JUDGE