IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
MAR 01 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| CANDACE D. ARLEDGE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILALY SITUATED,<br>    PLAINTIFF,<br><br>V.<br><br>HARLEY DAVIDSON FINANCIAL SERVICES, INC.,<br>    DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§  CAUSE NO. 1:21-CV-974-LY<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the court are Plaintiff Candace Arledge's Unopposed Motion to Amend Complaint (Doc. #14), Defendant Harley-Davidson Financial Services, Inc's Partial Motion to Dismiss Plaintiff's Complaint (Doc. #11), and all related briefing. Having reviewed the motions and applicable law,

**IT IS ORDERED** that Plaintiff Candace Arledge's Unopposed Motion to Amend Complaint (Doc. #14) is **GRANTED**. Count II of Plaintiff's original Class Action Complaint (Doc. #1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Harley-Davidson Financial Services, Inc's Partial Motion to Dismiss Plaintiff's Complaint (Doc. #11) is **DISMISSED AS MOOT**.

SIGNED this _1st_ day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE