UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
22 AUG 22 AM 10:06
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

| | |
|---|---|
| CANDACE D. ARLEDGE, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:21-cv-00974-LY |
| v. | Honorable Judge Lee Yeakel |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | |
| Defendant. | |

**ORDER**

This cause coming before the Court on the Motion to Extend Time to File Dismissal Papers; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The deadline for Plaintiff to file dismissal papers is extended up to and including August 29, 2022.

Dated: August 22, 2022

_____
UNITED STATES DISTRICT JUDGE

1