IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 13 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| CANDACE D. ARLEDGE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFF,<br><br>V.<br><br>HARLEY DAVIDSON FINANCIAL SERVICES, INC.,<br>DEFENDANT. | §§§§§§§§§§ CAUSE NO. 1:21-CV-974-LY |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On September 12, 2022, the parties filed a Stipulation of Dismissal With Prejudice (Doc. #29) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _13th_ day of September, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE